B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pavilion of Waukegan II, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3724999** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Corporate Registered Agent Co.**<br>**111 W. Washington St., Ste. 1900**<br>**Chicago, IL**    ZIP Code **60602** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **8824 Kostner**<br>**Skokie, IL 60076** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08) — Page 2

| **Voluntary Petition** | Name of Debtor(s): **Pavilion of Waukegan II, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Pavilion of Waukegan II, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 26, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Aaron Shpayher**
Signature of Authorized Individual

**Aaron Shpayher**
Printed Name of Authorized Individual

**Director, Treasurer and former President**
Title of Authorized Individual

**October 26, 2009**
Date

Aaron Shpayher
8824 Kostner
Skokie, IL 60076

Advacare Systems, Inc.
Unlimited Advacare Inc.
23838 Network Pl.
Chicago, IL 60673-1238

Advanced Tissue
1515 S. Bowman Rd., #F
Little Rock, AR 72211

Advoco Medical, Inc.
900 Pyott Rd., Ste. 106
Crystal Lake, IL 60014

Alarm Detection Systems, Inc.
Security Master, Inc.
1111 Church Rd.
Aurora, IL 60505

Aspen Publishers, Inc.
3541 Chain Bridge Rd., #209
Fairfax, VA 22030

Aviva Geller
c/o Howard Geller
4239 Dempster
Skokie, IL 60076

Beth Alter
8825 N. Springfield
Skokie, IL 60076

Beth L. Alter
c/o Howard Geller
4239 Dempster
Skokie, IL 60076

Blue Cross Blue Shield of IL
PO Box ZZ
Chicago, IL 60690

Bozeman, Neighbour, Patton Noe, LLP
1630 Fifth Ave, PO Box 65
Moline, IL 61266

Bruce Frazin, M.D.
1616 Grand Ave.
Waukegan, IL 60085

Cal Devon Urgent Care, Inc.
6415 N. California Ave.
Chicago, IL 60645

Care Center Health Systems
2201 Main St.
Evanston, IL 60202

Carlin, Judith & Assoc., Ltd.
700 Claire Lane
Prospect Heights, IL 60070

Carol F. Gutstein
Tenney & Bentley, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Centerpoint Energy Services, Inc.
23968 Network Place
Chicago, IL 60673-1239

Clark Products, Inc.
1100 Marlin Court
Waukesha, WI 53186

Colley Elevator Co.
226 William St.
Bensenville, IL 60106

Comprehensive Therapeutics
3703 West Lake Ave., Ste. 200
Glenview, IL 60025

Daniel A. Gutstein
Tenney & Bentley, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Dart Chart Systems, LLC
3825 Green Tree Rd.
Milwaukee, WI 53209

David Ethan Gutstein
Tenney & Bentley, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

David Stern
6329 N. Central Park
Chicago, IL 60659

Drewola Watkins
c/o Rodd Elgis @ Clausen & Miller
10 S. LaSalle, 16th Fl.
Chicago, IL 60603

Ecolab
PO Box 70343
Chicago, IL 60673-0343

Eldercare Communications
680 Northland Blvd., Bldg. C
Cincinnati, OH 45240

Filter Brite
3851 Clearview Court
Gurnee, IL 60031

Filterfrish Coffee of Chicago
1500 Higgins Rd., Unit D
Elk Grove Village, IL 60007

Fox Valley Fire & Safety Co.
2730 Pinnacle Drive
Elgin, IL 60123

Francis D. Stern
6329 N. Central Park
Chicago, IL 60659

Ivans, Inc.
PO Box 850001
Orlando, FL 32885-0033

Linda Roberts and Assoc., Inc.
104 East Roosevelt Rd., Ste. 201
Wheaton, IL 60187


GCS Service, Inc.
National Business Center
PO Box 18688
Indianapolis, IN 46218

J.A. Sexauer
P.O. Box 404284
Atlanta, GA 30384-4284

Living Design, Inc.
47015 SD Hwy. 44
Worthing, SD 57077


GWH Limited Partnership
The Corporate Registered Agt. Com
111 W. Washington St., Ste. 1900
Chicago, IL 60602

J.Vogler as Plenary Guardian of the
Estate of Charles Edwards
%Morrison & Morrison, 32 N.West St.
Waukegan, IL 60085

LTC Interiors
6990 N. Central Park
Lincolnwood, IL 60712


House of White Birches
PO Box 9001
Big Sandy, TX 75755-9001

Johnstone Supply
3895 Grove Ave.
Gurnee, IL 60031-2199

Luther Hill
c/o J. Scott Meyers
30 N. LaSalle St., #2200
Chicago, IL 60602


Howard Geller
4239 W. Dempster
Skokie, IL 60076

Jonathan Eric Gutstein
Tenney & Bentley, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Luther Hill
c/o Rodd Elgis @ Clausen & Miller
10 S. LaSalle St., 16th Fl.
Chicago, IL 60603


IBC Wonder-Hodgkins
1920 N. Lewis Ave.
Waukegan, IL 60085

Joshua Aaron Gutstein
Tenney & Bentley, LLC
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Maestranzi's Sharp Knife Service
4715 N. Ronald St.
Chicago, IL 60656


IKON Office Solutions
Yvonne Manning
PO Box 802566
Chicago, IL 60680-2566

Kane O'Hara National Supply
House, Inc.
621 Hapsfield Lane, Ste. 306
Buffalo Grove, IL 60089

Medical Waste Solutions, Inc.
Joyce Goeman
PO Box 64787
Gary, IN 46401


Illinois Dept. of Public Aid
Bureau of Medicaid Integrity
401 S. Clinton
Chicago, IL 60607

Krupnick Bokor Kagda & Brooks Ltd.
3750 W. Devon Ave.
Lincolnwood, IL 60712-1124

Medicare
National Government Services, Inc.
3200 Pleasant Run, Ste. B
Springfield, IL 62711


Inctippet, Inc.
1226 Glandstone
Waukegan, IL 60085

Lakeland Media
30 S. Whitney St.
Grayslake, IL 60030

Medwear
2201 Main St.
Evanston, IL 60202


IRS, Dept of Treasury
CCP-LU I.Porrata,Grp. 33-Stop 5333
8125 N. River Rd., Ste.103
Morton Grove, IL 60053

Lauren Shpayher 119051
8824 Kostner
Skokie, IL 60076

MidAmerican Energy Company
Attn: Mail Remittance
106 E. 2nd St.
Davenport, IA 52801

Mony Life Insurance Company  
Church Street Station  
New York, NY 10249-6547

Pre-Paid Legal Services, Inc.  
PO Box 2629  
Ada, OK 74821-9984

Solomon Gutstein  
1212 N. Lake Shore Drive  
Chicago, IL 60617

Nancy Masoni  
6350 North Avers  
Chicago, IL 60659

Preferred Podiatry Group, Inc.  
425 Huehl Rd., Unit 13  
Northbrook, IL 60062-2322

Steele Home Medical Equipment  
5250-14 Grand, Ste. 418  
Gurnee, IL 60031

Netsource 1, Inc.  
Volo Commerce Center  
31632 Ellis Dr., #213  
Round Lake, IL 60073

Prime Telecommunications, Inc.  
5520 W. Touhy, Ste. N  
Skokie, IL 60077

Steven Geller  
4355 W. Greenwood  
Skokie, IL 60076

Netsource Group, Inc.  
557 Applegate Lane  
Lake Zurich, IL 60047

Prospect Resources, Inc.  
8170 N. McCormick Blvd.  
Ste. 104  
Skokie, IL 60076

Suburban Chicago Newspapers  
PO Box 1008  
Tinley Park, IL 60477-9108

Northshore Printers

Quality Care Consulting, Inc.  
Susan Quattrochi-Tubin  
4064 N. Lincoln Ave., #308  
Chicago, IL 60618-3038

Tenney & Bentley, LLC  
111 W. Washington St.  
Law Offices, Ste. 1900  
Chicago, IL 60602

Omnicare of Northern Illinois  
2313 S. Mt. Prospect Rd.  
Des Plaines, IL 60018-1849

Richard Peelo & Associates  
50 N. Brockway, #4-0  
Palatine, IL 60067-5076

Top Choice Rental  
2199 81st Street  
Kenosha, WI 53143

Pavilion of Waukegan, LLC  
2219 Washington  
Waukegan, IL

Rita Geller  
4329 W. Dempster  
Skokie, IL 60076

Tri-State Surgical West Corp.  
3557 Howard St.  
Skokie, IL 60076-4012

PHS Respiratory Services

Rosewood Foods, Inc.  
1350 Greenleaf Ave.  
Elk Grove Village, IL 60007

Washburn Machinery, Inc.  
175 Gaylord St.  
Elk Grove Village, IL 60007

Pitney Bowes Credit Corp.  
PO Box 856460  
Louisville, KY 40285-5460

Sammons/Preston  
PO Box 93040  
Chicago, IL 60673-3040

Waukegan Gurnee Glass, Inc.  
1200 Estes St.  
Gurnee, IL 60031

Pitney Bowes Global  
Financial Services, LLC  
PO Box 856460  
Louisville, KY 40285-6460

Social Security Administration

Waukegan Safe & Lock, Ltd.  
1621 Grand Ave.  
Waukegan, IL 60085

Wisconsin Dept. of Revenue
2135 Rimrock Rd.
PO Box 8901
Madison, WI 53708


Xcel Supply, LLC
2201 Main St.
Evanston, IL 60202